UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

21MJ03786

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cr-00204-JCM-DJA |
| v. | |
| AUSTIN LEE FLORES | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment
in the District of Nevada on July 20, 2021
at 2:01 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2/12/2021; 3/30/2021; 3/31/2021
in violation of Title 18 and 21 U.S.C., Section(s) 922(g)(1) and 841(a)
to wit: Felon in Possession of a Firearm and Distribution of a Controlled Substance (Fentanyl)

A warrant for defendant's arrest was issued by: Magistrate Judge Daniel J. Albregts

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/16/21
                Date

*james gustaw*
Signature of Agent

James Gustaw
Print Name of Agent

ATF
Agency

Special Agent
Title