

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AUSTIN FLORES,

Defendant.

Case No.  21-MJ-3786

ORDER OF DETENTION

I.

On August 25, 2021, Defendant made his initial appearance in this district, by consent to appear by video teleconference, on the indictment filed in the District of Nevada.   Deputy Federal Public Defender Jill Ginstling was appointed to represent Defendant.  A detention hearing was held.

☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1  considered all the evidence adduced at the hearing, the arguments of counsel, and

2  the report and recommendation of the U.S. Pretrial Services Agency.

3                                                    IV.

4          The Court bases its conclusions on the following:

5          As to risk of non-appearance:

6          ⊠        Defendant has used alias names and other identifiers, including

7  giving authorities the name of his deceased brother and fraudulent identification

8  when arrested in Nevada.

9          ⊠        Inconsistencies in information provided to Pretrial Services by

10  Defendant and his girlfriend regarding Defendant's residence, where his girlfriend

11  resides with her children and whether Defendant provides financial support to his

12  girlfriend and children..

13          ⊠        Defendant has an outstanding warrant issued from Alaska

14  where he absconded while on probation by cutting off his location monitoring

15  device

16          The Court is not inclined to accept Defendant's girlfriend as a viable

17  surety based on the inconsistent information provided by Defendant and his

18  girlfriend.

19          As to danger to the community:

20          ⊠        the indictment charges Defendant with drug distribution and

21  felon in possession of firearms.

22          ⊠        history of substance abuse

23

24

25

26

27

28

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the District of Nevada for further proceedings.

The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, arrival in, and appearance in the charging district at his scheduled appearance in that district.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 25, 2021                    _____/s/_____
                                          HON. ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE

3